# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **MIKOL KELSIC,** ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No.   **2:12-cr-00073-GZS** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 127) filed April 9, 2015, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** as follows:

Based on the Magistrate Judge's analysis contained in the Recommended Decision, an evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2255 cases.

Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. §2255 (ECF No. 88) is **DISMISSED**.

Petitioner's Motion to Correct Sentence (ECF No. 118) is **DISMISSED**.

Petitioner's Motion for Default Judgment (ECF No. 124) is **DISMISSED**.

It is **ORDERED** that a certificate of appealability is **DENIED** pursuant to Rule 11 of the Rules Governing Section 2255 cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. §2253(c)(2).

        /s/ George Z. Singal
        United States District Judge

Dated this 8th day of May, 2015.